UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Brian R. Martinotti |
| | : | |
| v. | : | Crim. No. 19-693 |
| | : | |
| JEFFREY TAMULSKI | : | |
| | : | Motion to Dismiss |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Vikas Khanna, the Attorney for the United States for the District of New Jersey acting under Authority of 28 U.S.C. § 515, hereby moves to strike the name of the United States Attorney in the preamble, signature block, and backer of the Superseding Information and in the signature block of the Plea Agreement (Docket Entries 213 (Superseding Information) and 217 (Plea Agreement)) against Defendant Jeffrey Tamulski, as shown in the attachment, and replace them with the name of the Attorney for the United States, Vikas Khanna. This will leave intact the remaining portions of the Superseding Information and Plea Agreement.

Respectfully submitted,

*Vikas Khanna*
_____
VIKAS KHANNA
ATTORNEY FOR THE UNITED STATES
ACTING UNDER AUTHORITY OF 28
U.S.C. § 515

So ordered this _____ day of _____, 2024:

_____
HON. BRIAN R. MARTINOTTI
United States District Judge